BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: Air Crash at Toronto Pearson International Airport on February 17, 2025

MDL DOCKET NO. 3155

**SCHEDULE OF ALL PENDING ACTIONS**

| CASE CAPTION | COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| **Plaintiff:**<br>Hannah Krebs<br><br>v.<br><br>**Defendants**<br>Delta Airlines, Inc., *a Delaware Corporation*, and Endeavor Air, *a Wholly Owned Subsidiary of Delta Airlines, operating as Delta Connections, a Georgia Corporation* | United States District Court for the District of Minnesota, St. Paul Division | 0:25-cv-00675-JWB-JFD | Judge Jerry W. Blackwell and Magistrate Judge John F. Docherty |
| **Plaintiff:**<br>Peter Koukov<br><br>v.<br><br>**Defendants:**<br>Delta Airlines, Inc., *a Delaware Corporation*, and Endeavor Air, *a Wholly Owned Subsidiary of Delta Airlines other Delta Connections, a Georgia Corporati*on | United States District Court for the District of Minnesota, St. Paul Division | 0:25-cv-00807-JWB-JFD | Judge Jerry W. Blackwell and Magistrate Judge John F. Docherty |

| CASE CAPTION | COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| **Plaintiff:**<br>Peter Carleton<br><br>v.<br><br>**Defendants**<br>Delta Airlines, Inc., *a Delaware Corporation*, and Endeavor Air, *a Wholly Owned Subsidiary of Delta Airlines, operating as Delta Connections, a Georgia Corporation* | United States District Court for the District of Minnesota,<br>St. Paul Division | 0:25-cv-00837-JWB-JFD | Judge Jerry W. Blackwell and Magistrate Judge John F. Docherty |
| **Plaintiff**<br>Olusengun Omoseni, *Individually*<br><br>and<br><br>**Plaintiff**<br>Helen Omoseni, *Individually*<br><br>v.<br><br>**Defendants**<br>Delta Airlines, Inc., *a Delaware Corporation*, and Endeavor Air, *a Wholly Owned Subsidiary of Delta Airlines, operating as Delta Connections, a Georgia Corporation* | United States District Court for the District of Minnesota,<br>St. Paul Division | 0:25-cv-00967-JWB-JFD | Judge Jerry W. Blackwell and Magistrate Judge John F. Docherty |

| CASE CAPTION | COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| **Plaintiff**<br>Jennifer Sinclair, *individually and on behalf of C.S., a minor*<br><br>v.<br><br>**Defendants**<br>Delta Airlines, Inc., *a Delaware Corporation*, and Endeavor Air, *a Wholly Owned Subsidiary of Delta Airlines, operating as Delta Connections, a Georgia Corporation* | United States District Court for the District of Minnesota, St. Paul Division | 0:25-cv-00962-JWB-JFD | Judge Jerry W. Blackwell and Magistrate Judge John F. Docherty |
| **Plaintiff**<br>Clayton Bouffard, *Individually*<br><br>and<br><br>**Plaintiff**<br>Jennifer Bouffard, *Individually*<br><br>v.<br><br>**Defendants**<br>Delta Airlines, Inc., *a Delaware Corporation*, and Endeavor Air, *a Wholly Owned Subsidiary of Delta Airlines, operating as Delta Connections, a Georgia Corporation* | United States District Court for the District of Minnesota, St. Paul Division | 0:25-cv-00965-JWB-JFD | Judge Jerry W. Blackwell and Magistrate Judge John F. Docherty |

| CASE CAPTION | COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| **Plaintiff**<br>Azucena Guerrero Sobreviela<br><br>v.<br><br>**Defendants**<br>Delta Airlines, Inc., *a Delaware Corporation*, and Endeavor Air, *a Wholly Owned Subsidiary of Delta Airlines, operating as Delta Connections, a Georgia Corporation* | United States District Court for the District of Minnesota, St. Paul Division | 0:25-cv-00968-JWB-JFD | Judge Jerry W. Blackwell and Magistrate Judge John F. Docherty |
| **Plaintiff**<br>Tracey Somers-Berner<br><br>v.<br><br>**Defendants**<br>Delta Airlines, Inc., *a Delaware Corporation*, and Endeavor Air*, a Wholly Owned Subsidiary of Delta Airlines, operating as Delta Connections, a Georgia Corporation* | United States District Court for the District of Minnesota, St. Paul Division | 0:25-cv-00963-JWB-JFD | Judge Jerry W. Blackwell and Magistrate Judge John F. Docherty |
| **Plaintiff**<br>Danielle J. Gonzales<br><br>v.<br><br>**Defendants**<br>Delta Airlines, Inc., *a Delaware Corporation*, and Endeavor Air, *a Wholly Owned Subsidiary of Delta Airlines, operating as Delta Connections, a Georgia Corporation* | United States District Court for the District of Minnesota, St. Paul Division | 0:25-cv-00966-JWB-JFD | Judge Jerry W. Blackwell and Magistrate Judge John F. Docherty |

| CASE CAPTION | COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| **Plaintiff:**<br>Adam Sonley<br><br>and<br><br>**Plaintiff:**<br>Lindsay Sonley<br><br>v.<br>**Defendants**<br>Delta Airlines, Inc., *a Delaware Corporation;* and Endeavor Air, *a Wholly Owned Subsidiary of Delta Airlines, operating as Delta Connections, a Georgia Corporation* | United States District Court for the District of Minnesota,<br>St. Paul Division | 0:25-cv-02310-JWB-JFD | Judge Jerry W. Blackwell and Magistrate Judge John F. Docherty |
| **Plaintiff:**<br>Lucía Sanz García<br><br>v.<br><br>**Defendants:**<br>Delta Airlines, Inc., *a Delaware Corporation;* and Endeavor Air, *a Wholly Owned Subsidiary of Delta Airlines other Delta Connections, a Georgia Corpora*tion | United States District Court for the District of Minnesota,<br>St. Paul Division | 0:25-cv-02307-JWB-JFD | Judge Jerry W. Blackwell and Magistrate Judge John F. Docherty |
| **Plaintiff:**<br>Anegla Restuccia, *Individually And on Behalf of G.O.G., a minor*<br><br>v.<br><br>**Defendants**<br>Delta Airlines, Inc., *a Delaware Corporation*, and Endeavor Air, *a Wholly Owned Subsidiary of Delta Airlines, operating as Delta Connections, a Georgia Corporation* | United States District Court for the District of Minnesota,<br>St. Paul Division | 0:25-cv-02308-JWB-JFD | Judge Jerry W. Blackwell and Magistrate Judge John F. Docherty |

| CASE CAPTION | COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| **Plaintiff**<br>Thomas Wallace<br><br>and<br><br>**Plaintiff**<br>Kaitlyn Badour,<br> *Individually*<br><br>v.<br><br>**Defendants**<br>Delta Airlines, Inc., *a Delaware Corporation*, and Endeavor Air, *a Wholly Owned Subsidiary of Delta Airlines, operating as Delta Connections, a Georgia Corporation* | United States District Court for the District of Minnesota,<br>St. Paul Division | 0:25-cv-02306-JWB-JFD | Judge Jerry W. Blackwell and Magistrate Judge John F. Docherty |
| **Plaintiff**<br>Misgana Shefare<br><br>v.<br><br>**Defendants**<br>Delta Airlines, Inc., *a Delaware Corporation, and* Endeavor Air, *a Wholly Owned Subsidiary of Delta Airlines, operating as Delta Connections, a Georgia Corporation* | United States District Court for the District of Minnesota,<br>St. Paul Division | 0:25-cv-02309-JWB-JFD | Judge Jerry W. Blackwell and Magistrate Judge John F. Docherty |
| **Plaintiff**<br>Lynne Parovel<br><br>v.<br><br>**Defendants**<br>Delta Airlines, Inc., *a Delaware Corporation;* and Endeavor Air, *a Wholly Owned Subsidiary of Delta Airlines, operating as Delta Connections, a Georgia Corporation* | United States District Court for the District of Minnesota,<br>St. Paul Division | 0:25-cv-02429-JWB-JFD | Judge Jerry W. Blackwell and Magistrate Judge John F. Docherty |

6

| CASE CAPTION | COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| **Plaintiff:**<br>Brian Stephens<br><br>v.<br><br>**Defendants:**<br>Delta Airlines, Inc., a Delaware Corporation; and Endeavor Air, *a Wholly Owned Subsidiary of Delta Airlines, operating as Delta Connections, a Georgia Corporation* | United States District Court for the District of Minnesota, St. Paul Division | 0:25-cv-02430-JWB-JFD | Judge Jerry W. Blackwell and Magistrate Judge John F. Docherty |
| **Plaintiff**<br>Marthinus Lourens<br><br>v.<br><br>**Defendants**<br>Delta Air Lines, Inc. and Endeavor Air, Inc. | United States District Court Northern District of Georgia, Atlanta Division | 1:25-cv-00905-TRJ | Judge Tiffany R. Johnson |
| **Plaintiff**<br>Tomas Eugenio Salvador Stamm<br><br>v.<br><br>**Defendants**<br>Delta Airlines, Inc., *a Delaware Corporation*; and Endeavor Air, *a Wholly Owned Subsidiary of Delta Airlines, operating as Delta Connections, a Georgia Corporation* | United States District Court for the Southern District of Texas, Houston Division | 4:25-cv-01145 | Judge George C. Hanks, Jr. |